1  David M. Walsh (SB# 120761)  davidwalsh@paulhastings.com
   PAUL HASTINGS LLP
2  515 South Flower Street
   Twenty-Fifth Floor
3  Los Angeles, CA  90071
   Telephone:  (213) 683-6000
4  Facsimile:  (213) 627-0705

5  Eric A. Long (SB# 244147)  ericlong@paulhastings.com
   PAUL HASTINGS LLP
6  55 Second Street
   Twenty-Fourth Floor
7  San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
8  Facsimile:  (415) 856-7100

9  Attorneys for Defendant
   APPLE INC.
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14

15  TAEA THALE,                              CASE NO. C 11-03778 EMC

16                 Plaintiff,                **STIPULATION TO RESCHEDULE CASE
                                             MANAGEMENT CONFERENCE AND
17         vs.                               [PROPOSED] ORDER**

18  APPLE INC.,
                                             Complaint Filed:  August 1, 2011
19                 Defendant.

---

Case No. C 11-03778 EMC

STIPULATION TO RESCHEDULE CMC AND
[PROPOSED] ORDER

Pursuant to Civil Local Rule 16-2 and 7-12, the Parties stipulate and jointly move for an order from the Court granting relief from the Initial Case Management Conference currently scheduled to be held on December 23, 2011, and for relief from the deadlines associated with that conference.

WHEREAS the Court set the Case Management Conference for December 23, 2011 at 9:00 a.m.;

WHEREAS the Court also set the Motion Hearing on Apple's motion to dismiss for November 28, 2011 at 2:30 p.m.;

WHEREAS on October 27, 2011 the Court's Calendar Clerk & Courtroom Deputy, Betty Lee (Fong), indicated that the Court was available for the Case Management Conference on November 28, 2011 and that the parties may stipulate to reschedule the conference for that date at 2:30 p.m.;

WHEREAS rescheduling the Case Management Conference will further the interests of judicial efficiency and conserve resources;

IT IS HEREBY STIPULATED by and between the parties hereto that the Case Management Conference be rescheduled from December 23, 2011 to November 28, 2011.

Dated:  October 28, 2011        DAVID M. WALSH
                                ERIC A. LONG
                                PAUL HASTINGS LLP


                                By:      /s/ Eric A. Long
                                            ERIC A. LONG

                                Attorneys for Defendant
                                APPLE INC.

Dated:  October 28, 2011        PHILIP P. MANN
                                MANN LAW GROUP


                                By:      /s/ Philip P. Mann
                                            PHILIP P. MANN

                                Attorneys for Plaintiff

1  [PROPOSED] ORDER

2  PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management
3  Conference is hereby rescheduled from December 23, 2011 to November 28, 2011.  All deadlines
4  associated with that conference are hereby reset.  The parties' Case Management Statement is
5  now due no later than November 21, 2011.

7  DATED: __10/30__, 2011        By: _____
8                                          HON. EDWARD M. CHEN

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

10  LEGAL_US_W # 69497758.1

Case No. C 11-03778 EMC                   -2-        STIPULATION TO RESCHEDULE CMC AND [PROPOSED] ORDER