**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Taea Thale,<br><br>    Plaintiff(s),<br><br>vs.<br><br>Apple, Inc.,<br><br>    Defendant(s). | Case No.: C- 11-3778 -YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A Case Management Conference was held in this action on March 28, 2012.

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | 3/30/12 |
| DISCLOSURE OF EXPERTS REGARDING CAUSATION FOR MOTION FOR SUMMARY JUDGMENT: | Opening: 8/17/12<br>Rebuttal: 8/31/12 |
| DISCOVERY CUTOFF regarding CAUSATION FOR MOTION FOR SUMMARY JUDGMENT: | 9/21/12 |
| DISPOSITIVE MOTIONS To Be Filed By: | 11/1/12 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | 5/3/13 |
| PRETRIAL CONFERENCE: | Friday, 5/17/13 at 9:00 a.m. |
| TRIAL DATE: | Monday, 6/3/13 at 8:30 a.m.<br>(Jury Trial) |
| TRIAL LENGTH: | 4 days |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: April 9, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**