UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAEA THALE,<br><br>    Plaintiff,<br><br>vs.<br><br>APPLE INC.,<br><br>    Defendant. | Case No.: C-11-03778-YGR<br><br>**ORDER VACATING TRIAL AND PRETRIAL DATES PENDING FURTHER ORDER OF THE COURT** |

Trial in this matter is currently scheduled for June 3, 2013. (Dkt. No. 58.) A pretrial conference is scheduled for May 17, 2013 and the parties' joint pretrial statement is due on May 3, 2013.

In light of the pending motion for partial summary judgment, the Court **VACATES** the current trial and pretrial dates until further order of the Court.

**IT IS SO ORDERED.**

Dated: April 11, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**