**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAEA THALE,<br><br>  Plaintiff,<br><br>vs.<br><br>APPLE, INC.,<br><br>  Defendant. | Case No.: 4:11-cv- 3778-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A Case Management Conference was held in this action on October 7, 2013. The Court hereby sets the following pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| NON-EXPERT DISCOVERY CUTOFF: | 1/3/2014 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: 1/17/14<br>Rebuttal: 1/27/14 |
| EXPERT DISCOVERY CUTOFF: | 2/15/14 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | Cross-motions to be filed by 3/18/14 and noticed on Court's regular motion calendar |

The pre-filing conference requirement for summary judgment motions is waived. The Court will schedule a trial date, if necessary, following the ruling on the cross-motions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: October 15, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---
[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.