1  DAVID M. WALSH (SB# 120761)
   dwalsh@mofo.com
2  WENDY J. RAY (SB# 226269)
   wray@mofo.com
3  ADAM M. SEVELL (SB# 266428)
   asevell@mofo.com
4  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard, Suite 6000
5  Los Angeles, CA  90017-3543
   Telephone:  (213) 892-5200
6  Facsimile:  (213) 892-5454

7

   JENNIFER LEE TAYLOR (SB# 161368)
8  jtaylor@mofo.com
   MORRISON & FOERSTER LLP
9  425 Market Street
   San Francisco, California  94105-2482
10 Telephone:  (415) 268-7000
   Facsimile:  (415) 268-7522

11
   Attorneys for Defendant
12 APPLE INC.

13 [Additional Counsel Listed on Signature Page]

14                 UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                       OAKLAND DIVISION

17

18 TAEA THALE,                              CASE NO. C 11-03778 YGR

19              Plaintiff,                  **STIPULATION AND [~~PROPOSED~~]
                                            ORDER REFERRING CASE TO
20      vs.                                 MAGISTRATE JUDGE FOR
                                            SETTLEMENT CONFERENCE AND
21                                          RESCHEDULING DATES**

22 APPLE, INC.,
                                            Hon. Yvonne Gonzalez Rogers
23              Defendant.                  Courtroom 5

24

25

26

27

28

   STIP AND [~~PROPOSED~~] ORDER REFERRING CASE TO MAGISTRATE JUDGE
   CASE NO. C 11-03778 YGR
   la-1240307

1    Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Taea Thale ("Plaintiff") and

2   Defendant Apple Inc. ("Apple"), through their counsel of record, hereby stipulate and agree as

3   follows, subject to the approval of the Court:

4    WHEREAS, fact discovery closed on January 6, 2014 and expert discovery closed on

5   February 15, 2014;

6    WHEREAS, cross-motions for summary judgment are currently due on March 18, 2014

7   [Dkt. No. 101];

8    WHEREAS, the parties believe that referral of this matter to Magistrate Judge Ryu for a

9   Settlement Conference would be productive at this juncture and could lead to a resolution of this

10  case without further motion practice or a trial;

11   WHEREAS, it will conserve both the Court's and the parties' time and resources if the

12  Court were to vacate and reschedule the hearing on the pending Motion to Strike Expert

13  Testimony and reschedule briefing on summary judgment until after the Settlement Conference;

14   WHEREAS, the requested referral and adjustments to the case schedule are made in good

15  faith and not for delay or any other improper purpose;

16    NOW THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED that:

17
18   1.    The Court refer the parties to Magistrate Judge Ryu for a Settlement Conference at

    Judge Ryu and the parties' convenience;
19

20   2.    The Court vacate the hearing date on Plaintiff's pending Motion to Strike Expert

21  Testimony and reschedule the Motion for hearing on May 20, 2014;

22
23   3.    The Court reschedule the March 18, 2014 deadline to file cross-motions for

    summary judgment until May 13, 2014 so that the parties, with Judge Ryu's assistance, can
24
    undertake meaningful efforts to reach a resolution in this matter;
25

26

27

28
                                            1
STIP AND [~~PROPOSED~~] ORDER REFERRING CASE TO MAGISTRATE JUDGE
CASE NO. C 11-03778 YGR
la-1240307

1    **THE FOREGOING IS SO STIPULATED AND AGREED TO:**

2

3    DATED:  February 27, 2014          MORRISON & FOERSTER

4
                                        By: _____David M. Walsh_____
5                                                DAVID M. WALSH

6                                       Attorneys for Defendant
                                        APPLE INC.
7    DATED:  February 27, 2014          MANN LAW GROUP

8
                                        By: _____/s/ Philip P. Mann_____
9                                                PHILIP P. MANN

10                                      Philip P. Mann, WSBA No: 28860 (pro hac vice)
                                        John Whitaker, WSBA No: 28868 (pro hac vice)
11                                      Mann Law Group
                                        1218 Third Avenue, Suite 1809
12                                      Seattle, Washington 98101
                                        Phone (206) 436-0900
13                                      Fax (866) 341-5140
                                        phil@mannlawgroup.com
14                                      john@wlawgrp.com

15                                      Katharine Livingston, CSB No. 124772
                                        Law Offices Of Katharine Livingston
16                                      250 Lafayette Circle Suite 300-A
                                        Lafayette, CA 94549
17                                      Telephone: 925-310-4043
                                        Facsimile: 925-362-4648
18                                      Email: klivingston@walsh-law.com

19                                      Attorneys for Plaintiff
                                        TAEA THALE
20

21

22

23

24

25

26

27

28
                                        2
STIP AND [~~PROPOSED~~] ORDER REFERRING CASE TO MAGISTRATE JUDGE
CASE NO. C 11-03778 YGR
la-1240307

1

**LOCAL RULE 5-1(i)(3) ATTESTATION**

2          I, David M. Walsh, am the ECF User whose ID and password are being used to file the

3    Stipulation and [Proposed] Order Referring Case to Magistrate Judge for Settlement Conference

4    and Continuing Dates.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Philip Mann

5    has concurred in this filing.

6

7                                                                          /s/ David M. Walsh
                                                                    DAVID M. WALSH

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1

**[PROPOSED] ORDER**

2              Pursuant to Stipulation, and good cause appearing, the Court hereby ORDERS as follows:

3

4              1.      The parties are referred to Magistrate Judge Ryu for a Settlement Conference at

Judge Ryu and the parties' convenience;

5

6              2.      The hearing date on Plaintiff's pending Motion to Strike Expert Testimony is

7       vacated and rescheduled to May 20, 2014;

8

9              3.      The March 18, 2014 deadline to file cross-motions for summary judgment is

continued until May 13, 2014;

10

11

12             **IT IS SO ORDERED.**

13

Dated:   March 3, 2014                          _____

14                                              UNITED STATES DISTRICT JUDGE

15                                              YVONNE  GONZALEZ  ROGERS

16

17

18        CC: MagRef Email; Magistrate Judge Ryu

19

20

21

22

23

24

25

26

27

28

                                              4