1

DAVID M. WALSH (SB# 120761)
dwalsh@mofo.com
WENDY J. RAY (SB# 226269)
wray@mofo.com
ADAM M. SEVELL (SB# 266428)
asevell@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

JENNIFER LEE TAYLOR (SB# 161368)
jtaylor@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant
APPLE INC.

[Additional Counsel Listed on Signature Page]



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TAEA THALE,<br><br>          Plaintiff,<br><br>vs.<br><br>APPLE, INC.,<br><br>          Defendant. | CASE NO. C 11-03778 YGR<br><br>**STIPULATION OF DISMISSAL**<br><br>Hon. Yvonne Gonzalez Rogers<br>Courtroom 5 |

      Pursuant to the Court's Order Vacating Dates and Setting Compliance Hearing [Dkt. 112] and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Taea Thale and Defendant Apple Inc. hereby stipulate to the dismissal, with prejudice, of all of Plaintiff's claims in this action.

STIPULATON OF DISMISSAL
CASE NO. C 11-03778 YGR

The parties are to bear their own attorneys' fees and costs.

**THE FOREGOING IS SO STIPULATED AND AGREED TO:**

DATED:  May 12, 2014                    MORRISON & FOERSTER

                                        By:  _____/s/ David M. Walsh_____
                                               DAVID M. WALSH

Attorneys for Defendant
APPLE INC.

DATED:  May 12, 2014                    MANN LAW GROUP

                                        By:_____/s/ Philip P. Mann_____
                                               PHILIP P. MANN

Philip P. Mann, WSBA No: 28860 (pro hac vice)
John Whitaker, WSBA No: 28868 (pro hac vice)
Mann Law Group
1218 Third Avenue, Suite 1809
Seattle, Washington 98101
Phone (206) 436-0900
Fax (866) 341-5140
phil@mannlawgroup.com
john@wlawgrp.com

Katharine Livingston, CSB No. 124772
Law Offices Of Katharine Livingston
250 Lafayette Circle Suite 300-A
Lafayette, CA 94549
Telephone: 925-310-4043
Facsimile: 925-362-4648
Email: klivingston@walsh-law.com

Attorneys for Plaintiff
TAEA THALE

**LOCAL RULE 5-1(i)(3) ATTESTATION**

I, Philip P. Mann, am the ECF User whose ID and password are being used to file the Stipulation of Dismissal. In compliance with Local Rule 5-1(i)(3), I hereby attest that David Walsh has concurred in this filing.

                                                /s/ Philip P. Mann
                                                PHILIP P. MANN